No. 1053. CASSIDY *v.* MICHIGAN. June 7, 1943. Petion for writ of certiorari to the Supreme Court of Michigan denied. *Charles Cassidy, pro se.*

No. 1066. JONES *v.* BROPHY, WARDEN. June 7, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Fred Jones, pro se. Messrs. Nathaniel L. Goldstein,* Attorney General of New York, and *William S. Elder, Jr.* for respondent.

No. 998. KENDRICK *v.* SANFORD, WARDEN. June 7, 1943. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. *William Kendrick, pro se.*

No. 1034. ALLEN *v.* UNITED STATES. June 7, 1943. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–66. *James Allen, pro se.*

No. 1002. WELCH ET AL. *v.* UNITED STATES. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. James J. Laughlin* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and